UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARTEZ DWIGHT MCKEE,<br><br>               Plaintiff,<br><br>v.<br><br>WAYNE COUNTY, *et al.*,<br><br>               Defendants. | Case No. 25-10228<br>Honorable Nancy G. Edmunds<br>Magistrate Judge Elizabeth A. Stafford |

# ORDER DENYING PLAINTIFF'S MOTION FOR JURY DEMAND AS MOOT (ECF NO. 13)

Plaintiff's motion for jury demand (ECF No. 13) is **DENIED AS MOOT** because plaintiff demanded a jury on page 32 of his complaint (ECF No. 10, PageID.94) and the Clerk's Office has adjusted the docket to reflect that.

                                              s/Elizabeth A. Stafford
                                              ELIZABETH A. STAFFORD
Dated: July 30, 2025                     United States Magistrate Judge

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 30, 2025.

                                                              s/Davon Allen
                                                              DAVON ALLEN
                                                              Case Manager