UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

61

MARTEZ DWIGHT MCKEE,
PLAINTIFF,

v.

WAYNE COUNTY, ET AL.
DEFENDANTS

CASE NO. 25-10228
HONORABLE ROBERT J. WHITE
MAGISTRATE JUDGE ELIZABETH A. STAFFORD

# MOTION TO AMEND COMPLAINT

PLAINTIFF SEEKS TO AMEND THE EXISTING COMPLAINT WITH THE COMPLAINT ATTACHED TO INSTANT MOTION.

FILED
MAR 24 2026
CLERK'S OFFICE
DETROIT

MARCH 19, 2026

MARTEZ DWIGHT MCKEE

V. WAYNE COUNTY

RAPHEAL WASHINGTON
(PERSONAL CAPACITY)

SERGEANT HOLMAN
(PERSONAL CAPACITY)

SERGEANT LOFTIS
(PERSONAL CAPACITY)

[redacted]

DEPUTY ALLEN
(PERSONAL CAPACITY)

DEPUTY J. HORTON
(PERSONAL CAPACITY)

DEPUTY AL-WOSARI
(PERSONAL CAPACITY)

DEPUTY HULL
(PERSONAL CAPACITY)

DEPUTY COX
(PERSONAL CAPACITY)

[redacted]

NAPHCARE CHARGE NURSE LOHING
(PERSONAL & OFFICIAL CAPACITY)

THERE IS NO OTHER PENDING OR RESOLVED CIVIL ACTION ARISING OUT OF THE TRANSAC-TION OR OCCURENCE ALLEGED IN COMPLAINT

# STATEMENT OF FACTS:

## NOVEMBER 20, 2024

1. ON NOVEMBER 20, 2024 I WAS PLACED ON SUICIDE WATCH BECAUSE OF THE CONTENT OF A GRIEVANCE & A MENTAL HEALTH KITE I WROTE AGAISNT DEFENDANT DEPUTY ALLEN & NON PARTY DEPUTY T. STREETS.[1] BOTH KITES EXPLAINED THE HARRASSMENT I'D BEEN EXPERIENCING FROM BOTH DEPUTIES BECAUSE OF MY CRIMINAL CHARGES SINCE BEING HOUSED ON THE MENTAL HEALTH FLOOR.[2] STATED PLAINLY THE HARRASSMENT WAS MAKING ME BOTH SUICIDAL & HOMOCIDAL.[3] BECAUSE OF THE SERIOUSNESS OF BOTH KITES I WAS PLACED ON SUICIDE WATCH & BOTH DEPUTIES WERE REPRIMANDED & ADVISED TO LEAVE ME ALONE, AS TOLD TO ME BY NON-PARTY CORPORALS DEBONO & [redacted] & BOTH SOCIAL WORKERS WADE & AHMED.[4]

2. IN ORDER FOR ME TO BE TAKEN OFF OF SUICIDE WATCH NON-PARTY SOCIAL WORKER FULLER & I AGREED UPON (2) TWO SEPERATE CONTINGENCIES.[1] (1) ONE: (HER CONTINGENCY) WAS THAT I ACCEPT A CELL MATE & (2) TWO (MY CONTINGENCY) WAS THAT I'D ONLY ACCEPT A CELL MATE IF I WAS

HOUSED ANYWHERE IN THE JAIL EXCEPT FOR UNIT 2B BECAUSE IT WAS WHERE DEFENDANT DEPUTY ALLEN WORKED AS A REGULAR.[2] I INFORMED NON-PARTY SOCIAL WORKER FULLER OF, THE MULTIPLE GRIEVANCES I'D ALREADY WRITTEN ON DEFENDANT DEPUTY ALLEN, CONVERSATIONS I HAD WITH NON-PARTY SOCIAL WORKER AHMED ABOUT DEFENDANT DEPUTY ALLEN HARRASSING ME & BLATANTLY TELLING ME HE DIDNT LIKE ME BECAUSE OF MY CRIMINAL CHARGES, & HOW DEFENDANT DEPUTY ALLEN NEGATIVELY IMPACTED MY OVERALL MENTAL HEALTH GOALS.[3] WITH BOTH CONTINGENCIES IN PLACE I WAS CLEARED FOR SUICIDE WATCH & NOT BEING IN UNIT 2B WITH DEFENDANT DEPUTY ALLEN BECAME APART OF MY TREATMENT PLAN.[4]

3. (3) AT THE BEGINING OF HIS SHIFT DEFENDANT DEPUTY HULL CAME TO MY CELL DOOR & TOLD ME TO GET DRESSED BECAUSE I WAS MOVING TO UNIT 2C.[1] INSTEAD OF DEFENDANT DEPUTY HULL COMING BACK TO ESCORT ME TO UNIT 2C DEPUTY ALLEN ARRIVED AT MY DOOR WITH HANDCUFFS SAYING HE WAS MY ESCORT.[2] SUICIDE WATCH ISNT DISCIPLINARY

SEGREGATION & INMATES BEING RELEASED FROM SUICIDE WATCH AREN'T TYPICALLY HANDCUFFED UPON RELEASE.[1] HOWEVER DESPITE KNOWING & FEELING DEFENDANT DEPUTY ALLEN WAS UP TO SOMETHING FISHY I STILL PLACED MY ARMS OUT OF THE DOOR SLOT TO BE CUFFED.[2] I WAS PROVED CORRECT WHEN DEFENDANT DEPUTY ALLEN DELIBERATELY SLAPPED BOTH HANDCUFFS ON MY WRIST SO TIGHT & HARD THAT I AUDIBLY WINCED IN PAIN.[3] I IMMEDIATELY INFORMED DEFENDANT DEPUTY ALLEN HE'D PLACED HIS CUFFS ON ME WAY TOO TIGHT & THEY WERE HURTING MY WRIST.[4] I ASKED DEFENDANT DEPUTY ALLEN TO LOOSEN &/OR RELEASE ME FROM THE CUFFS HOWEVER DEFENDANT DEPUTY ALLEN DELIBERATELY IGNORED MY PAIN & REQUEST & SMIRKED WHILE DOING SO.[5]

4.(4) AFTER BEING ESCORTED FROM 2B'S SUBDAYROOM TO ITS COMMON AREA I GO TO COLLECT MY PROPERTY BOX & MY TABLET.[1] DEFENDANT DEPUTY ALLEN DENIES ME ACCESS TO MY PROPERTY BOX EVEN THOUGH IT HAD BEEN SEARCHED ALREADY BECAU-

SE IT WASNT PERSONALLY SEARCHED BY HIM & I WAS GIVEN NO REASON AS TO WHY I WAS TOLD TO LEAVE MY TABLET BEHIND[2] REGARDLESS I INFORMED DEFENDANT DEPUTY ALLEN I WAS NOT LEAVING MY TABLET IN 2B WHEN IM GOING TO BE HOUSED IN 2C & I CONTINUED TRYING TO LOCATE MY TABLET ON THE COMMUNAL CHARGING PORT[3] AFTER GETTING INTO AN ALTERCATION WITH DEFENDANT DEPUTY ALLEN ABOUT MY TABLET, WHERE HE KEPT TELLING ME TO LEAVE MY TABLET, LOCK DOWN IN A CELL IN 2B & THAT IF I DIDNT LISTEN TO HIM HE'D BEAT MY ASS, I ASKED DEFENDANT DEPUTY HULL WHAT WAS GOING ON[4] DEFENDANT DEPUTY HULL INFORMED ME HE WAS TOLD I WAS TO BE MOVED TO UNIT 2C, HOWEVER HE CONCLUDED IT WAS OUT OF HIS HANDS BECAUSE 2B WAS DEFENDANT DEPUTY ALLENS UNIT & HE WAS RUNNING THE SHOW[5]

(5) 5. AFTER BEING LED TO & SECURED INSIDE A CELL IN 2B'S GENERAL POPULATION SUBDAY WITH NO INCIDENT, I PUT MY WRIST OUTSIDE OF THE DOORS SLOT TO BE RELEASED FROM THE CUFFS HOWEVER

DEFENDANT DEPUTY ALLEN SLAMMED THE DOOR'S SLOT ON MY HAND & REFUSED TO RELEASE ME FROM THE CUFFS.[1] DURING THE HOURS LEADING UP TO THE SUPERVISOR DEFENDANTS ARRIVING AT MY DOOR I ASKED ALL OF THE DEPUTY DEFENDANTS (ALLEN, HULL, AL-WOSARI, & COX) TO RELEASE ME FROM THE CUFFS OR AT LEAST LOOSEN THEM BECAUSE 1.) THEY WERE CAUSING ME GREAT PAIN DISCOMFORT & MENTAL DISTRESS, 2.) I'D BEEN IN THE HANDCUFFS FOR AN UNREASONABLE AMOUNT OF TIME, & 3.) I HAD TO URINATE & DEFECATE.[2] IN ADDITION TO TELLING ME NO & IGNORING ME MULTIPLE TIMES I WAS TOLD THAT HIS SUPERIORS WERE AWARE THAT I WAS IN THE CUFFS & HOW LONG I'D BEEN IN THEM BY DEFENDANT DEPUTY ALLEN, I WAS TOLD DEFENDANT DEPUTY ALLEN POSSESSED THE ONLY KEY TO MY CUFFS BY DEFENDANT DEPUTY AL-WOSARI, I WAS TOLD DEFENDANT DEPUTY ALLEN WAS RUNNING THE SHOW &

TOLD HIM NOT TO RELEASE ME OR LOOSEN THE CUFFS BY DEFENDANT DEPUTY HULL & LASTLY I WAS TOLD THAT 2B WASNT HIS FLOOR & HE HAD TO DEFER TO DEFENDANT DEPUTY ALLEN.[3] I'D ALSO LIKE TO POINT OUT THAT ALL DEPUTY DEFENDANTS [redacted] (ALLEN, HULL, AL WOSARI, & COX) AMONGST THEMSELVES AS WELL AS WITH MULTIPLE NON-PARTY DEPUTIES GROUPED UP TO DISCUSS ME BEING IN THE HANDC-UFFS.[4] I KNOW THEY WERE DISCUSSING ME BECAUSE I WAS STANDING AT MY CELL DOOR LOOKING AT THEM AS THEY LAUGHED, STARED & POINTED DIRE-CTLY AT ME WHILE CONVERSING AMONGSNT THEM-SELVES.[5] THE MAJORITY OF THESE GROUPINGS TOOK PLACE IN &/OR AROUND THE OFFICERS BUB-BLE.[6] HOWEVER ONE OF THESE GROUPINGS TOOK PLACE IN 2B'S GENERAL POPULATION SUBDAYROOM APPROXIMATELY (5) FIVE FEET AWAY FROM MY CELL.[7] I COULD CLEARLY HEAR THE DEPUTY DEF-

ENDANTS DISCUSSING KEEPING ME IN THE CUFFS UNTIL THEIR SHIFT WAS OVER, MY CRIMINAL CASE, THE GRIEVANCE & MENTAL HEALTH KITE I WROTE ON DEFENDANT DEPUTY ALLEN & NON-PARTY DEPUTY T. STREET, & THEY WERE LAUGHING AT DEFENDANT DEPUTY ALLEN FOR STRUGGLING TO MANHANDLE ME DURING OUR ALTERCATION OVER MY TABLET EVEN THOUGH I WAS IN CUFFS.[8]

(6) a. BETWEEN THE HOURS OF 19:00 & 21:00 THE SERGEANT DEFENDANTS STOPPED AT THE OFFICERS DESK TO CONVERSE WITH THE DEPUTY DEFENDANTS BEFORE ARRIVING AT MY CELL DOOR WITH DEFENDANT DEPUTY HULL.[1] DEFENDANT SERGEANT HOLMAN COMMANDED MY CELLMATE TO PACK HIS THINGS BECAUSE HE WAS BEING MOVED.[2] I ASKED BOTH SERGEANT DEFENDANTS TO MOVE ME OUT OF 2B BECAUSE DEFENDANT DEPUTY ALLEN & I COULD NOT CO-EXIST.[3] DEFENDANT SERGEANT LOFTIS REPLIED "SHUT THE

FUCK UP! YOUR NOT RUNNING SHIT! WE'RE DISCIPLING YOU".[4] I THEN ASKED THE SERGEANT DEFENDANTS IF THEY COULD LOOSEN OR REMOVE THE HANDCUFFS BECAUSE 1.) THEY WERE ON WAY TOO TIGHT & THEY WERE CAUSING ME EXTREME PAIN & DISCOMFORT. 2.) I'D BEEN HANDCUFFED LITERALLY FOR[8] HOURS FOR NO LEGITIMATE PURPOSE. & 3.) I'VE NEEDED TO URINATE & DEFICATE FOR HOURS BUT I COULDNT BECAUSE OF THE HANDCUFFS.[5] [redacted] DEFENDANT SERGEANT HOLMAN REPLIED "NO! SIT THE FUCK DOWN!".[6] I ALSO ASKED BOTH SERGEANT DEFENDANTS (LOFTIS & HOLMAN) IF THEY WOULD LIKE TO HEAR MY SIDE OF THE STORY TO BETTER ASSESS THE SITUATION BOTH OF THE SERGEANT DEFENDANTS RESPONDED IN THE NEGATIVE.[7]

(7) 7. AS MY CELLMATE WAS LEAVING THE CELL DEFENDANT SERGEANT HOLMAN PUSHED ME WITH BOTH OF HIS HANDS & STEPPED DEEPER INTO MY CELL OUTSIDE THE VIEW OF THE CAMERAS & PUNCHED

ME IN MY RIGHT EYE WITH HIS LEFT HAND.[1] DEFENDANT SERGEANT HOLMAN, AFTER DRAWING HIS TASER ON ME WITH HIS LEFT HAND, PUSHED ME TO THE GROUND WITH HIS RIGHT HAND.[2] WHILE HOLDING ME AT GUNPOINT TAUNTED ME, DARING ME TO GET MY 'BITCH ASS' UP SO HE COULD SHOOT ME.[3] I WAS TERRIFIED & SCARED FOR MY LIFE SO I DIDNT MOVE.[4] I TOLD BOTH DEPUTY DEFENDANTS ALLEN & COX I WAS ASSAULTED BY DEFENDANT SERGEANT HOLMAN & ASKED FOR A LIEUTENANT & MICHIGAN STATE POLICE TO BE CALLED.[5] NONE OF THE DEPUTY DEFENDANTS (HULL, COX, ALLEN) OR DEFENDANT SERGEANT LOFTIS REPORTED THIS ASSAULT.[6]

8. I WAS FINALLY RELEASED FROM THE HANDCUFFS AT APPROXIMATELY 23:00 HOURS.[1] I WAS RELEASED FROM THE CUFFS BY DEFENDANT DEPUTY COX.[2] MY HANDS WERE SWOLLEN, DISCOLORED, NUMB & IN PAIN.[3] I HAD BLOODCLOTS IN BOTH WRIST FROM THE METAL CUFFS PINCHING MY SKIN & I HAD INDENTATION MARKS FROM THE CUFFS ON BOTH WRIST.[4]

NOVEMBER 21, 2024

¶ (8) ON NOVEMBER 21, 2024 AFTER ASKING TO SEE THE NURSE MULTIPLE TIMES DEFENDANT CHARGE NURSE LOHING & NON-PARTY DEPUTY MOODY ARRIVED AT MY CELL DOOR BETWEEN THE HOURS OF 1:30 AM - 2:10 AM APPROXIMATELY.[1] I INFORMED DEFENDANT CHARGE NURSE LOHING I'D BEEN CLOSED FISTED PUNCHED IN MY FACE BY DEFENDANT SERGEANT HOLMAN & LEFT IN TOO TIGHT HANDCUFFS FOR APPROXIMATELY 7-8 HOURS.[2] I INFORMED DEFENDANT CHARGE NURSE LOHING OF THE PAIN IN MY RIGHT EYE (WHICH WAS VISIBLY SWOLLEN) & THE PAIN, NUMBNESS & SWELLING IN MY HANDS & WRIST.[3] DEFENDANT CHARGE NURSE LOHING ASSESSED MY INJURIES FROM APPROXIMATELY (5) FIVE

FEET AWAY, BEHIND A CELL DOOR WITH A SMUDGED & DIRTY WINDOW, IN RELATIVE DARKNESS & DETERMINED NOTHING WAS WRONG WITH ME.[4] DEFENDANT CHARGE NURSE LOHING NEVER LOOKED AT MY HANDS OR MY EYE.[5] I THEN ASKED DEFENDANT CHARGE NURSE LOHING (WHO ALREADY HAD HER CELL PHONE IN HER HAND) IF SHE WOULD PHOTOGRAPH MY INJURIES & GET A SECOND OPINION.[6] DEFENDANT CHARGE NURSE LOHING RESPONDED "NO." CHUCKLED & LEFT THE UNIT.[7] THIS ENCOUNTER LASTED APPROXIMATELY 10-15 SECONDS.[8]

10. AFTER WAITING IN PAIN FOR APPROXIMATELY AN HOUR OR 3 I TOLD NON-PARTY DEPUTY MARTINEZ I WAS HAVING CHEST PAINS & I WAS EVENTULLY ESCORTED TO

HEALTH CARE.[1] I REFUSED TO LEAVE HEALTH CARE UNTIL MY INJURIES WERE DOCUMENTED & TREATED & I WAS ALLOWED TO TALK TO A SUPERVISOR.[2] NON-PARTY NURSE MORTON PHOTOGRAPHED MY SWOLLEN & BLOODY RIGHT EYE.[3] THE SWELLING IN MY HANDS HAD ALREADY SUBSIDED.[4] I WAS GIVEN NOTHING FOR PAIN & TOLD THAT THE BLOOD CLOTS IN MY WRIST AS WELL AS THE INDENTATION MARKS WOULD GO AWAY IN A FEW DAYS.[5]

11.(9) WHILE IN HEALTH CARE I WAS GIVE A PROSECUTION RIGHTS FORM & A WITNESS STATEMENT FORM TO DOCUMENT THE ASSAULT BY NON-PARTY SERGEANT SHEEN.[1] NON-PARTY SERGEANT SHEEN REVIEWED THE CAMERA FOOTAGE OF THE INCIDENT & DETERMINED

IT WAS INCONSISTANT WITH THE INCIDENT REPORT(S) SUBMITTED BY BOTH SERGEANT DEFENDANTS.[2] NON-PARTY SERGEANT SHEEN INFORMED ME THAT HE BELIEVED I'D BEEN ASSAULTED & TOLD ME IN CONFIDENCE THAT DEFENDANT SERGEANT HOLMAN HAD ASSAULTED INMATES BEFORE & WAS CURRENTLY UNDER INVESTIGATION FOR (1)ONE OR(2)TWO MORE INMATE ASSAULTS.[3] I INFORMED NON-PARTY SERGEANT SHEEN I REFUSED TO BE HOUSED IN UNIT 2B.[4] NON-PARTY SERGEANT SHEEN CALLED CLASSIFICATION TO FIND ME ALTERNATIVE HOUSING & WAS INFORMED THAT I WAS ALREADY MARKED IN THE SYSTEM AS BEING HOUSED IN UNIT 2C & SHOULD HAVE NEVER BEEN HOUSED IN UNIT 2B IN THE FIRST PLACE.[5] I WAS MOVED TO UNIT 2C.[6]

12. BETWEEN THE HOURS OF 8:45 AM – 9:00 AM APPROXIMATELY, WHILE HOUSED IN 2C, I RAN INTO NON-PARTY SOCIAL WORKER FULLER.[1] I ASKED SOCIAL WORKER FULLER WHY DID SHE MOVE ME TO UNIT 2B AFTER WE REACHED AN AGREEMENT.[2] NON-PARTY SOCIAL WORKER FULLER INFORMED ME THAT SHE EXPLICITLY INFORMED CUSTODY NOT TO MOVE ME TO UNIT 2B.[3]

13. NON-PARTY DEPUTY ECHOLS INFORMED ME THAT HIS CO-WORKERS WERE ACTING WEIRD & CONSPIRING AGAISNT ME BECAUSE I ACCUSED DEFENDANT SERGEANT HOLMAN OF ASSAULTING ME.[1] NON-PARTY DEPUTY ECHOLS ALSO INFORMED ME THAT DEFENDANT SERGEANT HOLMAN HAD PREVIOUS ASSAULTS ON INMATES & WAS CURRENTLY UNDER INVESTIGATION FOR INMATE ASSAULT.[2]

14. BETWEEN THE HOURS OF 4:00 PM & 6:00 PM DEFENDANTS SERGEANTS LOFTIS & HOLMAN, DEFENDANT DEPUTY J. HORTON & (2) TWO NON-PARTY DEPUTIES ARRIVED IN UNIT 2C CLAIMING THEY WERE TOLD TO COME & GET ME & MOVE ME BACK TO UNIT 2B.[1] DURING THIS ENCOUNTER DEFENDANT DEPUTY J. HORTON THREATENED ME WITH BODILY HARM MULTIPLE TIMES, BERATED ME FOR WRITING GRIEVANCES & REPORTING DEFENDANT SERGE[redacted]ANT HOLMAN FOR ASSAULT, & CRITISIZED ME ABOUT MY CRIMINAL CASE.[2] DEFENDANT SERGEANT LOFTIS ALSO MADE MULTIPLE COMMENTS ABOUT ME WRITING GRIEVANCES & REPORTING DEFENDANT SERGEANT HOLMAN FOR ASSAULT.[3] I ALSO ASKED DEFENDANTS MULTIPLE TIMES WHY I WAS BEING MOVED & I WAS GIVEN NO ANSWER.[4]

15. I WAS ULTIMATELY HANDCUFFED & LED OUT OF MY CELL IN 2C.[1] WHEN I REACHED THE 2C BUBBLE DEFENDANT SERGEANT HOLMAN WAS STANDING THERE WITH HIS ARMS FOLDED SMILING AT ME AS I WAS BEING ESCORTED OUT OF THE UNIT.[2]

16. FROM 2C TO 2B I WAS COMPLIANT, CALM, COOL & COLLECTED.[1] ONCE I REACHED UNIT 2B'S OFFICER BUBBLE DEFENDANT DEPUTY ALLEN INFORMED MY ESCORT THAT I WAS ON DISCIPLINARY LOCK STATUS I WAS NOT ALLOWED TO HAVE ANY OF MY PROPERTY.[2] I WAS THEN INSTRUCTED BY DEFENDANT SERGEANT TO DROP & LEAVE THE BOX OF PROPERTY I WAS HOLDING IN MY HANDS.[3] BEFORE I COULD COMPLY OR PROTEST DEFENDANT DEPUTY J. HORTON SMACKED MY BOX OF PROPERTY OUT OF MY HANDS.[4] I WAS HANDCUFFED & COMPLIANT DURING THIS ASSAULT & BATTERY ON MY PERSON.[4]

17. AFTER SMACKING MY BOX OF PROPERTY OUT OF MY HANDS DEFENDANT DEPUTY J. HORTON GRABBED ME WITH BOTH HANDS BY MY SHIRT & MAN HANDLED

ME INTO ONE OF THE SUICIDE OBSERVATION CELLS IN UNIT 2B'S SUBDAY ROOM[1] ONCE INSIDE OF THE CELL OUTSIDE THE VIEW OF THE CAMERAS DEFENDANT DEPUTY J. HORTON WRAPPED BOTH HANDS AROUND MY NECK [redacted] CHOKING ME WHILE MENACINGLY TELLING ME "I'LL KILL YOU NIGGA."[2] I COULDNT BREATHE WAS IN FEAR FOR MY LIFE & BEGAN TO CRY[3] DEFENDANT SERGEANT LOFTIS & THE 2(TWO) NON-PARTY DEPUTIES STOOD AT THE CELL DOOR & WATCHED AS DEFENDANT DEPUTY J. HORTON CHOKED ME[4]

18. DEFENDANT DEPUTY ALLEN THEN RUSHED INTO THE CELL & PRESSED MY BODY AGAINST THE WALL AS DEFENDANT DEPUTY J. HORTON WAS CHOKING ME[1] AFTER APPROXIMATELY 1 (ONE) MINUTE DEFENDANT SERGEANT LOFTIS ENTERED THE CELL & LITERALLY HAD TO PRY

DEFENDANT DEPUTY J. HORTONS HANDS FROM AROUND MY NECK.[2] I WAS SUBSEQUENTLY RELEASED FROM THE CUFFS BY DEFENDANT SERGEANT LOFTIS.[3] AS I WAS BEING RELEASED FROM THE CUFFS DEFENDANT DEPUTY J. HORTON SAID "TSK. TSK. TSK SUICIDAL." (10) FOR NO REASON.[4] AT THE TIME I WAS CONFUSED BY THIS COMMENT BECAUSE 1.) I WAS BEING TOLD EVERYTHING WAS BEING TAKEN FROM ME BECAUSE I WAS ON DISCIPLINARY LOCK STATUS. & 2.) I'D TOLD NO ONE I WAS SUICIDAL OR PLANNING TO HARM MYSELF.[5]

19. I DIDNT FIND OUT UNTIL THE NEXT DAY HOWEVER [redacted] IT WAS REVEALED THAT I WAS FRAUDULENTY PLACED ON SUICIDE WATCH BY DEFENDANT CHARGE NURSE LOHING ACTING IN CONCERT WITH DEFENDANT'S SERGEANTS HOLMAN & LOFTIS & DEPUTIES ALLEN & J. HORTON.[1] I WROTE GRIEVANCES ON THIS ISSUE HOWEVER THEY WERE ANSWERED BY DEFENDANT CHARGE NURSE LOHING & WAS UTIMATELY MARK AS "UNFOUNDED."

20. THE SUICIDE OBSERVATION CELL I WAS FORCIBLY PLACED IN HAD NO BED, NO RUNNING WATER & WAS FREEZING COLD BECAUSE THE AIR WAS BLOWING SO HARD IN THE CELL IT WAS AUDIBLE.[1] I HAD TO DEFECATE & NOT WIPE MYSELF BECAUSE DEFENDANT DEPUTY ALLEN DENIED ME TISSUE, BLANKETS, & ANYTHING ELSE I ASKED FOR ON HIS EVERY ROUND.[2] I WAS TOLD BY DEFENDANT DEPUTY ALLEN THAT BECAUSE I WAS ON DISCIPLINARY STATUS EVERYTHING COULD BE TAKEN AWAY FROM ME INCLUDING TISSUE WATER & MY PROPERTY.[3] ON HIS MED ROUND DEFENDANT DEPUTY ALLEN INFORMED ME THAT DEFENDANT CHARGE NURSE LOHING WROTE A REPORT CLAIMING SHE OBSERVED ME BANG MY HEAD AGAINST MY CELL DOOR & THATS HOW I ACQUIRED THE BLACK EYE ON NOVEMBER 20, 2024.[4]

NOVEMBER 22, 2024

21. IT WAS REVEALED TO ME THAT I WAS ON

SELF HARM STATUS BY NON-PARTY [redacted] CORPORAL GILBERT.[1] NON PARTY SOCIAL WORKER WADE INFORMED ME THAT HE NOR ANYONE IN MENTAL HEALTH INCLUDING HIS BOSS HAD ANY KNOWLEDGE AS TO WHY I WAS PLACED ON SELF HARM & THAT HE'D GET ME TAKEN OFF IMMEDIATELY.[2] I WAS SUBSEQUENTLY INFORMED BY NON-PARTY SOCIAL WORKER AHMED THAT ONLY MENTAL HEALTH & NURSING STAFF POSSESSED THE AUTHORITY TO PLACE AN INMATE ON SELF HARM/SUICIDE WATCH & SINCE MENTAL HEALTH WASNT NOTIFIED IT WAS OBVIOUSLY SOMEONE ON THE NURSING STAFF WHO ALTERED MY STATUS.[3] NON-PARTY SOCIAL WORKER AHMED FUTHER STATED TO ME THAT IT WAS VERY SUSPICIOUS THAT NOONE IN MENTAL HEALTH WAS NOTIFIED OF ME BEING PLACED ON SELF HARM BECAUSE IT WAS PROPER & NORMAL PROTOCOL FOR THEM TO BE NOTIFIED.[4]

22. AS OF DECEMBER 17TH 2024 I HAD WRITTEN & PROPERLY SUBMITTED 100 PLUS GRIEVANCES ALONE DETAILING THE ASSAULTS, EXCESSIVE

FORCE, CREUL & UNUSUAL PUNISHMENT, RETALIATION CONSPIRACIES, ETC., AS WELL AS OTHER ILL TREATMENT I WAS BEING SUBJECTED TO UNDER DEFENDANTS RULE & THUMB.[1] IN ADDITION TO THE 100 PLUS GRIEVANCES I SUBMITTED I ALSO SUBMITTED IN TANDEM WITH THE GRIEVACES A BEVY OF MENTAL HEALTH KITES MIRRORING THE CONTENT OF THE GRIEVANCES AS WELL AS EXPRESSING THE FEAR ANXIETY, EMOTIONAL DISTRESS, PARANOIA, & PTSD I WAS EXPERIENCING ON A DAILY & CONSISTENT BASIS.[2] IN ADDITION TO [redacted] THE MENTAL HEALTH KITES I TALKED ABOUT THE ASSAULTS, THE CONSPIRACIES & RETALIATION, THE NEGATIVE EFFECTS EVERYTHING WAS HAVING ON MY MENTAL STABILITY, FEAR OF BEING ASSAULTED AGAIN & INTERNAL AFFAIRS NOT COMING TO TALK TO ME OR INVESTIGATE THE ASSAULTS WITH EVERY SOCIAL WORKER, SERGEANT, LIEUTENANT & CAPTAIN WHO PASSED MY CELL.[3] I WAS ALSO ABLE, VIA NON-PARTY CAPTAIN FADLALLAH TO MAKE NON-PARTY

ROBERT DUNLAP AWARE OF THE ASSAULTS[4]

DECEMBER 18, 2024

23. ON DECEMBER 18, 2024 I WAS ASSAULTED FOR A 3RD TIME BY DEFENDANT'S SERGEANT, HOLMAN, SERGEANT LOFTIS, DEFENDANT DEPUTY J. HORTON & AT LEAST (5) FIVE-(6) SIX UNIDENTIFIED NON-PARTY DEPUTIES[1] IN A SITUATION WERE DEFENDANTS WERE CALLED TO ENSURE MY SAFETY DEFENDANTS SERGEANT LOFTIS & SERGEANT HOLMAN BOTH ENTERED MY CELL, [redacted] OUTSIDE OF THE CAMERAS VIEW & WRESTLED ME TO THE GROUND FOR NO REASON[2] AS I WAS GOING TO THE GROUND DEFENDANT SERGEANT LOFTIS BENT MY ARM BACK SO FAR I THOUGHT IT WAS BROKEN FROM THE EXCRUCIATING PAIN I WAS IN[3]

24. AS I LAID ON THE GROUND, WITH MY ACHING LEFT ARM IN A TOO TIGHT HANDCUFF, THERE WERE MULTIPLE 200 PLUS POUND DEPUTIES KNEELING ON MY BACK & LEGS[1] I COULD NOT BREATH ENOUGH TO EVEN SCREAM I CANNOT BREATH[2] IN ADDITION

BEING KNEELED ON BY MULTIPLE DEPUTIES I WAS ALSO BEING KICKED & PUNCHED ALL OVER MY BODY BY MULTIPLE WAYNE [redacted] COUNTY SHERIFFS DEPUTIES INCLUDING DEFENDANT DEPUTY J. HORTON.[3] I USED MY FREE RIGHT [redacted] ARM, WHICH NO ONE WAS EVEN TRYING TO CUFF, TO ATTEMPT TO CRAWL OUT OF THE CELL INTO THE VIEW OF A CAMERA.[4] I THOUGHT I WAS GOING TO DIE.[5]

25. AFTER FINALLY BEING FULLY BEING PLACED IN HANDCUFFS I WAS TASED SIMULTANEOUSLY BY BOTH DEFENDANTS SERGEANT LOFTIS & SERGEANT HOLMAN.[1] I WAS IN THE WORST PAIN I EVER FELT IN MY LIFE, I COULDNT MOVE, I COULDNT BREATHE, & THOUGHT FOR CERTAIN I WAS DYING.[2] THEN EVERYTHING WENT BLACK & I THOUGHT I HAD DIED.[3]

26. WHEN I WOKE BACK UP I WAS KNOCKED BACK OUT BY WHOEVER WAS TRANSPORTING ME KICKING ME IN THE FACE.[1] THIS KICK TO THE FACE CHIPPED MY FRONT TOOTH.[2] ONCE IN HEALTH CARE I ASKED FOR MEDICAL TREATMENT MULTIPLE TIMES & WAS DENIED IT.[3] I HAD A BLOODY & SWOLLEN FACE & I KEPT COMPLAI-

NING THAT I THOUGHT MY LEFT ARM WAS BROKEN BECAUSE IT WAS CAUSING ME SO MUCH PAIN.[4] HOWEVER DEFENDANT CHARGE NURSE LOHING DOCUMENTED THAT I REFUSED MEDICAL TREATMENT.[5]

27. ON DECEMBER 20, 2024 MY AUNT SADE MCKEE CAME TO THE WAYNE COUNTY JAIL (AFTER HAVING CALLED ABOUT THE PREVIOUS ASSAULTS TO NO AVAIL) TO FILE A FORMAL COMPLAINT.[1]

## DECEMBER 22, 2024

28. FOR (4) FOUR CONSECUTIVE DAYS I BEGGED NURSING STAFF FOR MEDICAL ATTENTION.[1] I INFORMED NURSES ON EVERY SHIFT I'D BEEN ASSAULTED & WAS IN PAIN, HAVING HEAD SPLITTING MIGRAINES & THROWING UP MULTIPLE TIMES A DAY.[2] AFTER ENDURING THE PAIN FOR THESE (4) FOUR DAYS I COULD NO LONGER STAND WITHOUT BEING LIGHT HEADED.[3] I THREW UP (4) FOUR TIMES THIS DAY & HAD A MIGRAINE SO SENSITIVE TO LIGHT & SOUND I HAD TO COVER ONE OF MY EYES WITH

MY HAND TO LESSEN THE PAIN I WAS EXPERIENCING.[4]

29. AFTER ASKING NURSING STAFF ALL DAY FOR MEDICAL ATTENTION THE EVENING NURSE DETERMINED I MAY NEED TO GO TO THE HOSPITAL.[1] I WAS TAKEN TO THE NURSES STATION VIA WHEELCHAIR.[2] AFTER WAITING SEVERAL HOURS FOR AN AMBULANCE TO ARRIVE I WAS EVENTUALLY TRANSPORTED TO AN OUTSIDE HOSPITAL.[3] I WAS DIAGNOSED WITH HAVING A CONCUSSION.[4]

## JANUARY 25, 2025

30. AT APPROXIMATELY 9:30 PM WHILE ON MY HOUR OUT DEFENDANTS DEPUTY CRAWFORD, DEPUTY J. HORTON, SERGEANT HOLMAN & NON-PARTY SERGEANT DENNIS ENTERED THE SEGREGATION UNIT WHERE I WAS HOUSED FOR REASONS URELATED TO ME.[1] UPON SEEING ME DEFENDANT DEPUTY [redacted] J. HORTON YELLED FROM WHERE HE WAS UPSTAIRS IN THE UNIT & INSTRUCTED

ME TO LOCKDOWN FOR NO REASON.[2] I THOUGHT HE WAS JOKING BECAUSE 1.) I'D DONE NOTHING WRONG, 2.) I'D JUST CAME OUT FOR MY HOUR OF YARD, & 3.) NONE OF THE OTHER INMATES WERE BEING TOLD TO LOCK DOWN SO I IGNORED HIM.[3] WHEN DEFENDANT DEPUTY J. HORTON CAME DOWNSTAIRS HE POINTED DIRECTLY AT ME & TOLD DEFENDANT SERGEANT HOLMAN "LET'S LOCK MCKEE (ME) DOWN". [redacted] DEFENDANT SERGEANT HOLMAN THEN TOLD ME I HAD TO LOCKDOWN.[4]

31. I STARTED BACK PEDDALING TO MY CELL.[1] WHILE I WAS GOING DEFENDANT DEPUTY J. HORTON KEPT SAYING THINGS LIKE "I'LL BEAT YOUR ASS", "I DARE YOU TO HIT ME" & "HIT ME SO I CAN BEAT YOUR ASS".[2] KNOWING THAT I WAS MOST LIKELY GOING TO BE ASSAULTED ANYWAY I STOPPED & TOLD DEFENDANT DEPUTY J. HORTON IF HE REALLY WANTED ME TO HIT HIM HE'D HIT ME FIRST.[3]

DEFENDANT DEPUTY J. HORTON THEN CLOSED FIST PUNCHED ME IN MY FACE ON CAMERA!

32. AFTER BEING PUNCHED IN MY FACE TWICE BY DEFENDANT DEPUTY J. HORTON I FELL TO THE GROUND! WHILE ON THE GROUND I WAS REPEATEDLY PUNCHED & KICKED BY DEFENDANTS DEPUTY J. HORTON & DEPUTY CRAWFORD.[2] I WAS NOT FIGHTING BACK I WAS BALLED INTO THE FETAL POSITION.[3]

33. NON-PARTY SERGEANT DENNIS YELLED TO HIS SUBORDINATES "GET HIM IN HIS CELL!".[1] I WAS THEN DRAGGED INTO MY CELL OUT OF THE CAMERAS VIEW WHERE BOTH DEFENDANTS DEPUTY J. HORTON & DEPUTY CRAWFORD CONTINUED TO PUNCH & KICK ME AS I LAID ON MY CELL FLOOR.[2] AFTER A WHILE NON-PARTY SERGEANT DENNIS PULLED DEFENDANT DEPUTY J. HORTON OFF ME.[3] AS DEFENDANT DEPUTY J. HORTON LEFT MY CELL HE INSTRUCTED DEFENDANT SERGEANT HOLMAN TO

"TASE HIS BITCH ASS".[4]

34. I WAS LAYING DOWN IN MY CELL POSING NO TYPE OF THREAT TO ANY OF THE DEPUTIES AS I BEGGED DEFENDANT SERGEANT HOLMAN NOT TO TASE ME. DEFENDANT SERGEANT HOLMAN RAISED HIS TASER & TRIED TO TASE ME IN MY FACE.[1] IF I WOULD NOT HAVE RAISED MY HAND & MY FOOT TO TRY & ATTEMPT TO BLOCK THE PRONGS I WOULD HAVE BEEN SHOT DIRECTLY IN MY FACE.[2] INSTEAD I WAS SHOT IN MY FINGER & MY ANKLE.[3] THIS PAIN WAS A 10 OUT OF 10.[4]

35. AFTER ASSAULTING ME DEFENDANT DEPUTY J. HORTON EXITTED THE SEGREGATION UNIT'S SUB DAY ROOM, WHERE I WAS HOUSED, & ENTERED ITS COMMON AREA WHERE HE YELLED TO THE OTHER INMATES "YA'LL SAW WHAT I DID TO HIM ONE ON ONE" & "HE AINT ON SHIT!".[1]

PLAINTIFF DECLARES UNDER PENALTY OF PERJURY THAT THE FOREGOING STATE-

MENT OF FACTS IS TRUE & CORRECT.

EXECUTED ON

MARCH 13, 2026

Marty Dwight McKee

PLAINTIFF DEMANDS A JURY TRIAL & SEEKS ALL RELIEF PRESENTED IN STATMENT OF CLAIMS, ATTORNEY FEES & COST, PRE & POST JUDGEMENT INTEREST, AN EGGSHELL PLAINTIFF JURY INSTRUCTION, PAST, FUTURE & PRESENT PAIN & SUFFERING & ANY OTHER RELIEF THE COURT DEEMS JUST.

STATEMENT OF CLAIMS

COUNT 1

CIVIL CONSPIRACY

1. ON NOVEMBER 20, 2024 DEFENDANTS SERGEANT HOLMAN, SERGEANT LOFTIS, DEPUTY ALLEN, DEPUTY COX, DEPUTY HULL, & DEPUTY AL-WOSARI ALL CONSPIRED TO UNLAWFULLY KEEP ME IN TOO TIGHT HANDCUFFS FOR HOURS. DEFENDANT SERGEANT HOLMAN ASSAULTED ME WHILE IN HANDCUFFS IN FURTHERANCE OF THIS CONSPIRACY.

2. PLAINTIFF SEEKS $30,000 IN COMPENSATORY DAMAGES & $80,000 IN PUNITIVE DAMAGES FROM DEFENDANTS (INDIVIDUALLY) DEPUTIES AL-WOSARI, ALLEN, COX & HULL FOR PAIN & SUFFERING ARISING OUT OF THIS CONSPRIRACY. PLAINTIFF ALSO SEEKS $50,000 IN COMPENSATORY DAMAGES & $100,000 IN PUNITIVE DAMAGES FROM DEFENDANTS SERGEANTS LOFTIS & HOLMAN FOR (INDIVIDUALLY) SUPERVISOR LIABILITY AS IT PERTAINS TO THIS CONSPIRACY.

COUNT 2

CIVIL CONSPIRACY

3. ON NOVEMBER 21, 2024 DEFENDANTS SERGEANT LOFTIS, SERGEANT HOLMAN, DEPUTY J. HORTON DEPUTY ALLEN & CHARGE NURSE LOHING ALL CONSPIRED TO FRAUDULENTLY PLACE ME ON SUICIDE WATCH EVEN THOUGH I WASNT SUICIDAL. DEFENDANT DEPUTY J. HORTON ASSAULTING ME WAS IN FURTHERANCE OF THIS CONSPIRACY.

4. PLAINTIFF SEEKS $30,000 IN COMPENSATORY DAMAGES & $80,000 IN PUNITIVE DAMAGES FROM DEFENDANTS DEPUTY ALLEN, DEPUTY J. HORTON & CHARGE NURSE LOHING (INDIVIDUALLY) FOR PAIN & SUFFERING ARISING OUT OF CONSPIRACY. PLAINTIFF ALSO SEEKS $50,000 IN COMPENSATORY DAMAGES & $100,000 IN PUNITIVE DAMAGES FROM DEFENDANTS SERGEANT HOLMAN & SERGEANT LOFTIS (INDIVIDUALLY) FOR SUPERVISOR LIABILITY AS IT PERTAINS TO THIS CONSPIRACY.

## COUNT 3 RETALIATION

5. ON NOVEMBER 20, 2024 DEFENDANT DEPUTY ALLEN RETALIATED AGAINST ME BY PLACING ME IN TOO TIGHT HANDCUFFS & REFUSING TO RELEASE ME FROM THEM BECAUSE 1.) HE DIDNT LIKE ME BECAUSE OF MY CRIMINAL CHARGES. & 2.)

BECAUSE OF A GRIEVANCE & MENTAL HEALTH KITE I WROTE MENTIONING HIM ON NOVEMBER 17, 2024.

6. PLAINTIFF SEEKS $50,000 IN COMPENSATORY DAMAGES & $150,000 IN PUNITIVE DAMAGES FOR PAIN & SUFFERING.

## COUNT 3 RETALIATION

7. ON NOVEMBER 21, 2024 DEFENDANTS SERGEANT LOFTIS, SERGEANT HOLMAN, DEPUTY J. HORTON, DEPUTY ALLEN & CHARGE NURSE LOHING ALL RETALIATED AGAINST ME WHEN THEY MOVED TO A SEGREGATION CELL & UNLAWFULLY PLACED ME ON SELF-HARM STATUS AGAINST MY WILL.

8. PLAINTIFF SEEKS $50,000 IN COMPENSATORY DAMAGES & $150,000 IN PUNITIVE DAMAGES FROM DEFENDANTS DEPUTY ALLEN, DEPUTY J. HORTON & CHARGE NURSE LOHING (INDIVIDUALLY) FOR PAIN & SUFFERING. PLAINTIFF ALSO SEEKS $100,000 IN COMPENSATORY DAMAGES & $200,000 IN PUNITIVE DAMAGES FROM DEFENDANTS SERGEANT HOLMAN & SERGEANT LOFTIS FOR SUPERVISOR LIABILITY. INDIVIDUALLY.

COUNT 4 EXCESSIVE FORCE

9. ON NOVEMBER 20, 2024 DEFENDANT DEPUTY ALLEN USED EXCESSIVE FORCE AGAINST ME WHEN HE PLACED ME IN TOO TIGHT HANDCUFFS & REFUSED TO LOOSEN &/OR RELEASE ME FROM THE CUFFS.

10. PLAINTIFF SEEKS $5,000 IN COMPENSATORY DAMAGES & $20,000 IN PUNITIVE DAMAGES FOR INJURIES SUSTAINED AS WELL AS PAIN & SUFFERING, AND STEMMING FROM DEFENDANT DEPUTY ALLENS USE OF EXCESSIVE FORCE AGAINST ME.

COUNT 5 EXCESSIVE FORCE

11. ON NOVEMBER 20, 2024 DEFENDANTS SERGEANTS LOFTIS, SERGEANT HOLMAN, DEPUTY COX, DEPUTY HULL, & DEPUTY AL-WOSARI USED EXCESSIVE FORCE AGAINST ME BY REFUSING TO LOOSEN &/OR RELEASE ME FROM TOO TIGHT HANDCUFFS.

12. PLAINTIFF SEEKS $5,000 IN COMPENSATORY DAMAGES & $20,000 IN PUNITIVE DAMAGES FOR INJURIES SUSTAINED AS WELL AS PAIN & SUFFERING STEMMING FROM DEFENDANTS USE OF EXCESSIVE FORCE. PLAINTIFF (INDIVIDUALLY) ALSO SEEKS $15,000 IN COMPENSATORY DAMAGES

& $35,000 IN PUNITIVE DAMAGES FROM DEFENDANTS SERGEANT LOFTIS & SERGEANT HOLMAN FOR SUPERVISOR LIABILITY.

COUNT 6 EXCESSIVE FORCE

13. ON NOVEMBER 20, 2024 DEFENDANT SERGEANT HOLMAN USED EXCESSIVE FORCE AGAINST ME WHEN HE CLOSED FIST PUNCHED ME IN MY FACE WHILE IN HANDCUFFS.

14. PLAINTIFF SEEKS $50,000 IN COMPENSATORY DAMAGES & $150,000 IN PUNITIVE DAMAGES FOR INJURIES SUSTAINED & PAIN & SUFFERING FROM DEFENDANT SERGEANT HOLMAN.

COUNT 7 EXCESSIVE FORCE

15. ON NOVEMBER 20, 2024 DEFENDANT SERGEANT HOLMAN SUBJECTED ME TO EXCESSIVE FORCE WHEN HE PUSHED ME TO THE GROUND, PULLED HIS TASER OUT ON ME & TOLD ME HE'D SHOOT ME IF I GOT UP WHILE I WAS ALREADY IN HANDCUFFS.

16. PLAINTIFF SEEKS $5,000 IN COMPENSATORY DAM-

GES & $25,000 IN PUNITIVE DAMAGES FOR INJURIES SUSTAINED & PAIN & SUFFERING FROM DEFENDANT SERGEANT HOLMAN.

## COUNT 8 EXCESSIVE FORCE

17. DEFENDANT DEPUTY J. HORTON SUBJECTED ME TO EXCESSIVE FORCE WHEN HE MANHANDLED ME INTO A CELL & STRANGLED ME WHILE I WAS IN HANDCUFFS. ON NOVEMBER 21, 2024.

18. PLAINTIFF SEEKS $15,000 IN COMPENSATORY DAMAGES & $35,000 IN PUNITIVE DAMAGES FOR PAIN & SUFFERING FROM DEFENDANT DEPUTY J. HORTON.

## COUNT 9 EXCESSIVE FORCE

19. ON DECEMBER 18, 2024 DEFENDANTS SERGEANT LOFTIS & SERGEANT HOLMAN SUBJECTED ME TO EXCESSIVE FORCE WHEN THEY SIMULTANEOUSLY TASED ME WHILE I WAS LAYING ON MY STOMACH IN HANDCUFFS WITH MULTIPLE DEPUTIES KNEELING PUNCHING & KICKING ON MY BODY.

20. PLAINTIFF SEEKS $100,000 IN COMPENSATORY

DAMAGES &$250,000 IN PUNITIVE DAMAGES FOR PAIN & SUFFERING FROM DEFENDANTS SERGEANT LOFTIS & SERGEANT HOLMAN, INDIVIDUALLY.

## COUNT 10 EXCESSIVE FORCE

21. ON DECEMBER 18, 2024 DEFENDANT SERGEANT LOFTIS SUBJECTED ME TO EXCESSIVE FORCE WHEN HE KICKED ME IN MY FACE & KNOCKED ME OUT & CHIPPED MY FRONT TOOTH.

22. PLAINTIFF SEEKS $100,000 IN COMPENSATORY DAMAGES & $250,000 IN PUNITIVE DAMAGES FOR INJURIES SUSTAINED & PAIN & SUFFERING FROM DEFENDANT SERGEANT LOFTIS.

## COUNT 11 EXCESSIVE FORCE

23. ON DECEMBER 18, 2024 DEFENDANT DEPUTY J. HORTON SUBJECTED ME TO EXCESSIVE FORCE WHEN HE PUNCHED & KICKED ME WHILE I WAS LAYING ON MY STOMACH WITH MULTIPLE DEPUTIES KNEELING ON MY BACK.

24. PLAINTIFF SEEKS $50,000 IN COMPENSATORY DAMAGES & $100,000 IN PUNITIVE DAMAGES FOR INJURIES SUSTAINED & PAIN & SUFFERING FROM DEFENDANT DEPUTY J. HORTON.

## COUNT 12 EXCESSIVE FORCE

25. ON JANUARY 25, 2025 DEFENDANT DEPUTY J. HORTON SUBJECTED ME TO EXCESSIVE FORCE WHEN HE CLOSED FIST PUNCHED ME TWICE IN MY FACE FOR NO REASON ON CAMERA.

26. PLAINTIFF SEEKS $150,000 IN COMPENSATORY DAMAGES & $300,000 IN PUNITIVE DAMAGES FOR INJURIES SUSTAINED & PAIN & SUFFERING FROM DEFENDANT DEPUTY J. HORTON.

## COUNT 13 EXCESSIVE FORCE

27. ON JANUARY 25, 2025 DEFENDANT SERGEANT HOLMAN SUBJECTED ME TO EXCESSIVE FORCE WHEN HE TASED ME WHILE I WAS LAYING IN BED BEGGING HIM NOT TO TASE ME.

28. PLAINTIFF SEEKS $150,000 IN COMPENSATORY DAMAGES & $300,000 IN PUNITIVE DAMAGES FOR INJURIES SUSTAINED & PAIN & SUFFERING FROM DEFENDANT SERGEANT HOLMAN.

## COUNT 14 CRUEL & UNUSUAL PUNISHMENT

29. ON NOVEMBER 20, 2024 DEFENDANTS SERGEANT HOLMAN, SERGEANT LOFTIS, DEPUTY COX, DEPUTY ALLEN, DEPUTY HULL & DEPUTY AL-WOSARI ALL SUBJECTED ME TO CRUEL & UNUSUAL PUNISHMENT BY KEEPING ME IN HANDCUFFS (TOO TIGHT OR OTHERWISE) FOR A DURATION OF APPROXIMATELY 7-8 HOURS.

30. PLAINTIFF SEEKS $30,000 IN COMPENSATORY DAMAGES & $80,000 IN PUNITIVE DAMAGES FROM DEFENDANTS DEPUTY ALLEN, DEPUTY COX, DEPUTY AL-WOSARI & DEPUTY HULL INDIVIDUALLY FOR INJURIES SUSTAINED & PAIN & SUFFERING. PLAINTIFF ALSO SEEKS $80,000 IN COMPENSATORY & $130,000 IN PUNITIVE DAMAGES FROM DEFENDANTS

SERGEANT HOLMAN & SERGEANT LOFTIS INDIVIDUALLY FOR SUPERVISOR LIABILITY.

COUNT 15 MONELL CLAIM (POLICY PRACTICE &/OR CUSTOM

31. DEFENDANTS WAYNE COUNTY HAVE IN PLACE A POLICY THAT ALLOWS AN OFFICER TO ENTER A CELL ALREADY OCCUPIED BY AN INMATE AS LONG AS THERE IS AN OFFICER STANDING OUTSIDE OF THE DOOR BEFORE THE OTHER OFFICER ENTERS. THIS RIGID & ALL ENCOMPASSING POLICY HAS NO SAFEGAURDS &/OR PROVISIONS IN PLACE FOR THE EVENTUALITY THAT AN INMATE IS ALREADY IN RESTRAINTS &/OR NOT POSING ANY TYPE OF THREAT TO HIMSELF OR OTHERS. ON NOVEMBER 20, 2024 SERGEANT HOLMAN HAD NO LEGITIMATE REASON TO ENTER PLAINTIFFS CELL. HOWEVER PURSUANT TO THE WIDE BERTH & LATITUDE GIVEN TO SERGEANT

HOLMAN VIA THIS POLICY, SERGEANT HOLMAN WAS NOT ONLY ABLE TO ABUSE THIS POLICY BY ASSAULTING PLAINTIFF HE WAS ABLE TO DO THIS UNDETECTED BECAUSE OF THE INVISIBILITY THIS POLICY AFFORDED IN WHAT IS ESSENTIALLY THE ONLY BLINDSPOT LEFT IN WAYNE COUNTYS NEW HIGHTECH STATE OF THE ART DETENTION FACILITY; AN INMATES CELL. THIS POLICY WAS THE MOVING FORCE BEHIND THE NOVEMBER 20, 2024 ASSAULT AS WELL AS THE MOVING FORCE BEHIND ITS SUBSEQUENT CONCEALME- NT.

32. PLAINTIFF SEEKS $1,000,000 IN COMPENSATORY DAMAGES FOR ALL INJURIES THAT NATURALLY FLOW FROM THE NOVEMBER 20, 2024 ASSAULTS OF WHICH DEFENDANTS POLICY WAS THE MOVING FORCE.

COUNT 16 MONELL CLAIM (POLICY, PRACTICE, &/OR CUSTOM)

33. PLAINTIFF OFFERS THE SAME ARGUMENT RAISED IN PARAGRAPH 33 IN COUNT 15. HOWEVER

PLAINTIFF BASES COUNT 16 ON THE NOVEMBER 21, 2024 ASSAULT WHICH TOOK PLACE IN PLAINTIFFS CELL.

34. PLAINTIFF SEEKS $1,500,000 IN COMPENSATORY DAMAGES FOR PAIN & ~~SUSTAINED~~ SUFFERING SUSTAINED AS A NATURAL RESULT OF THE NOVEMBER 21, 2024 ASSAULT OF WHICH DEFENDANTS POLICY WAS THE MOVING FORCE.

COUNT 17 MONELL CLAIM (POLICY, PRACTICE, &/OR CUSTOM)

35. PLAINTIFF OFFERS SAME ARGUMENT RAISED IN PARAGRAPH 33 IN COUNT 15. HOWEVER PLAINTIFF BASES COUNT 17 ON THE DECEMBER 18, 2024 ASSAULTS IN WHICH PLAINTIFF WAS ASSAULTED IN HIS CELL.

36. PLAINTIFF SEEKS $3,000,000 IN COMPENSATORY DAMAGES FOR INJURIES SUSTAINED & PAIN & SUFFERING STEMMING NATURALLY FROM THE DECEMBER 18, 2024 ASSAULT OF WHICH DEFEND-

ANTS POLICY WAS THE MOVING FORCE.

COUNT 18 FAILURE TO DISCIPLINE

37. SHERIFF WASHINGTON KNEW OF SERGEANT HOLMANS PROPENSITY TO ASSAULT & USE EXCESSIVE FORCE ON INMATES BEFORE NOVEMBER 20, 2024 BECAUSE DEFENDANT SERGEANT HOLMAN HAD PREVIOUS INMATE ASSAULTS & WAS UNDER INVESTIGATION AT THE TIME FOR ANOTHER INMATE. ALSO THERE WERE MULTIPLE OTHER INMATES CLAIMING DEFENDANT SERGEANT HOLMAN HAD ASSAULTED &/OR USED EXCESSIVE FORCE AGAINST THEM.

38. DEFENDANT SHERIFF WASHINGTON IGNORED SERGEANT HOLMANS MISCONDUCT FAILED TO DISCIPLINE SERGEANT HOLMAN OR MEANINGFULLY INVESTIGATE THESE ALLEGATIONS OF CONSTITUTIONAL VIOLATIONS. DEFENDANT SERGEANT HOLMAN WAS CONTINUOUSLY ALLOWED TO COME BACK TO WORK AFTER EVERY ASSAULT.

HOWEVER THESE ASSAULTS WERE ULTIMATELY SWEPT UNDER THE RUG. AS A RESULT DEFENDANT SHERIFF WASHINGTONS FAILURE TO DISCIPLINE DEFENDANT SERGEANT HOLMAN RESULTED IN PLAINTIFF BEING ASSAULTED ON NOVEMBER 20, 2024.

39. PLAINTIFF SEEKS $1,000,000 IN COMPENSATORY DAMAGES FOR PAIN & SUFFERING & INJURIES SUSTAI-NED AS A NATURAL RESULT OF THE NOVEMBER 20, 2024.

## COUNT 19 FAILURE TO DISCIPLINE

40. PLAINTIFF OFFERS SAME ARGUMENT RAISED IN PARAGRAPHS 37 & 38 OF COUNT 18. HOWEVER PLAI-NTIFF BASES COUNT 19 ON THE NOVEMBER 21, 2024 ASSAULT WHICH DEFENDANT SERGEANT HOLMAN [redacted] ORGANIZED. [redacted]

41. PLAINTIFF SEEKS $1,500,000 IN COMPENSATORY DAMAGES FOR PAIN & SUFFERING.

## COUNT 20 FAILURE TO DISCIPLINE

42. PLAINTIFF OFFERS THE SAME ARGUMENT AS IN

PARAGRAPHS 37 & 38 OF COUNT 18. HOWEVER PLAINTIFF BASES COUNT 20 ON THE DECEMBER 18, 2024 ASSAULTS.

43. PLAINTIFF SEEKS $3,000,000 IN COMPENSATORY DAMAGES FOR PAIN & SUFFERING & INJURIES SUSTAINED AS A NATURAL RESULT OF THE DECEMBER 18, 2024. ASSAULTS.

## COUNT 21 FAILURE TO DISCIPLINE

44. PLAINTIFF OFFERS THE SAME ARGUMENT RAISED IN PARAGRAPHS 37 & 38 OF COUNT 18. HOWEVER PLAINTIFF BASES COUNT 21 ON THE JANUARY 25, 2025 ASSAULT.

45. PLAINTIFF SEEKS $6,000,000 IN COMPENSATORY DAMAGES FOR PAIN & SUFFER & INJURIES SUSTAINED AS A NATURAL RESULT OF THE JANUARY 25, 2025 ASSAULT.

## COUNT 22 FAILURE TO PROTECT

46. DEFENDANT SHERIFF WASHINGTON KNEW OF DEFENDANT SERGEANT HOLMANS PROPENSITIES TO ASSAULT &/OR SUBJECT INMATES IN

CARE TO EXCESSIVE FORCE. AS A RESULT OF DEFENDANT SHERIFF WASHINGTON KNOWING OF THESE PROPENSITIES & DOING NOTHING ABOUT IT PLAINTIFF WAS ASSAULTED &/OR SUBJECTED TO EXCESSIVE FORCE BY SERGEANT HOLMAN ON NOVEMBER 20, 2024, DECEMBER 18, 2024 & JANUARY 25, 2025. BY NOT ACTING ON SEVERAL ALLEGATIONS OF REPEATEDLY DOCUMENTED ASSAULTS & /OR INSTANCES OF EXCESSIVE FORCE PERPETRATED BY DEFENDANT SERGEANT HOLMAN DEFENDANT SHERIFF WASHINGTON RATIFIED THIS ILLEGAL CONDUCT THUS FAILING TO PROTECT PLAINTIFF.

47. PLAINTIFF SEEKS $6,000,000 IN COMPENSATORY DAMAGES FOR SHERIFF WASHINGTONS RATIFICATION OF HIS SUBORDINATES ILLEGAL CONDUCT & FAILING TO PROTECT PLAINTIFF.

## COUNT 23

48. DEFENDANT WAYNE COUNTY HIRED DEFENDANT DEPUTY J. HORTON KNOWING THAT HE WASNT

FIT TO BE ANY TYPE OF LAW ENFORCEMENT DUE TO HIM BEING FIRED FROM EVERY OTHER LAW ENFORCEMENT AGENCY HE HAS WORKED AT. A SIMPLE GOOGLE SEARCH OF "J. HORTON WAYNE COUNTY SHERIFFS DEPUTY" EXPOSES NEWS CLIP. PLINGS OF ALL OF DEFENDANT DEPUTY J. HORTONS SHORT COMINGS. DESPITE HAVING ALL OF THIS EASILY ACCESIBLE INFORMATION ON DEFENDANT J. HORTON DEFENDANT WAYNE COUNTY STILL HIRED HIM PLACING ITS INMATE POPULATION AT RISK. AS A RESULT PLAINTIFF WAS ASSAULT. ED & SUBJECTED TO EXCESSIVE FORCE BY DEFENDANT DEPUTY J. HORTON ON 3 SEP. ERATE OCCASIONS NOVEMBER 21, 2024, DECEMBER 18, 2024 & JANUARY 25, 2025.

49. PLAINTIFF SEEKS $6,000,000 IN COMPENSATORY DAMAGES FOR THE MENTAL, PHYSICAL & EMOTI. NAL PAIN & SUFFERING CAUSED AS A RESULT OF DEFENDANT WAYNE COUNTY HIRING DEFEND.

ANT DEPUTY J. HORTON.

50. PLAINTIFF ASK THAT ALL COUNTS & CLAIMS BE EXAMINED UNDER A 'SPECIAL RELATIONSHIP' THEORY. PLAINTIFF ALSO NOTES THAT A NON-STATUATORY & A CONTRACTUAL INDEMNIFICATION AGREEMENT MAY EXIST BETWEEN DEFENDANTS & THEIR EMPLOYERS. PLAINTIFF ASK IN THE EVENT SUCH CONTRACT OR AGREEMENT EXIST THE COURT ENFORCES THEM WHERE APPLICABLE.

FOOTNOTES

① IN PARAGRAPH (1) ONE PLAINTIFF ATTEMPTS TO CONVEY THAT HE WROTE MULTIPLE GRIEVANCES & HAD SEVERAL PROBLEMS WITH DEFENDANT DEPUTY ALLEN. I ALSO ATTEMPTED TO CONVEY DEFENDANT DEPUTY ALLEN WAS SPECIFICALLY & ESPECIALLY AWARE OF THE GRIEVANCE &/OR MENTAL HEALTH KITE MENTION IN THIS PARAGRAPH BECAUSE IT WAS MENTIONED TO HIM BY HIS SUPERVISOR(S).

② IN PARAGRAPH (2) TWO PLAINTIFF ATTEMPTS TO CONVEY THAT MULTIPLE SOCIAL WORKERS WERE AWARE OF MY ISSUES WITH DEFENDANT DEPUTY ALLEN. ALSO AS OF THIS PARAGRAPHS CONVERSATION NOT BEING AROUND DEFENDANT DEPUTY ALLEN WAS A PART OF MY TREATMENT PLAN. ALSO I NEVER WOULD HAVE COME OF SUICIDE WATCH IF I WOULD HAVE BEEN MADE AWARE THAT I'D BE HOUSED IN DEFENDANT DEPUTY ALLENS REGULAR UNIT.

③ IN PARAGRAPH (3) THREE PLAINTIFF ATTEMPTS TO CONVEY THAT DEFENDANT DEPUTY ALLENS AWARENESS OF THE GRIEVANCE & MENTAL HEALTH KITE I'D PENNED AGAISNT HIM AS WELL AS HIM NOT LIKING ME BECAUSE OF MY CRIMINAL CHARGES WERE THE DRIVING FORCES BEHIND HIM PLACING ME IN THE TOO TIGHT HANDCUFFS & REFUSING TO LOOSEN THEM. ALSO DEFENDANT DEPUTY ALLEN SUBJECTED [redacted] PLAINTIFF TO EXCESSIVE FORCE & RETALIATION AT THE SAME EXACT TIME.

④ IN PARAGRAPH (4) FOUR PLAINTIFF ATTEMPTS TO CONVEY THAT DEFENDANT DEPUTY ALLEN RETALIATED AGAISNT ME BY DENYING ME MY TABLET, WHICH GRANTED ME ACCESS TO THE PHONE, LAW LIBRARY, HEALTH CARE & MENTAL HEALTH

KITES, MAIL, STORE & THE GRIEVANCE PROCESS. ALSO DEFENDANT DEPUTY ALLEN WAS [redacted] SOLELY RESPONSIBLE FOR ME BEING HOUSED IN UNIT 2B IN TOTAL OPPOSITION TO MY MENTAL HEALTH TREATMENT PLAN.

~~(5) [illegible]~~

(5) IN PARAGRAPH (5) FIVE [redacted] PLAINTIFF ATTEMPTS TO CONVEY THAT DEFENDANT DEPUTY ALLEN'S INTENTIONS FOR LEAVING ME INSIDE OF A CELL, WHERE I POSED NO RISK OF HARMING HIM OR ANYONE ELSE, IN TOO TIGHT HANDCUFFS STRICTLY TO PUNISH PLAINTIFF. THIS PUNISHMENT WAS RETALIATORY & THE GRIEVANCE & MENTAL HEALTH KITE MENTIONED IN PARAGRAPH (1) ONE AS WELL AS DEFENDANT DEPUTY ALLEN NOT LIKING ME BECAUSE OF MY CRIMINAL CHARGES WERE MOTIVATING FACTORS BEHIND THIS PUNISHMENT. ALSO I ASKED DEFENDANTS DEPUTIES HULL, AL-WOSARI & COX ALL TO RELEASE ME FROM THE TOO TIGHT HANDCUFFS & THEY ALL REFUSED TO LOOSEN & OR RELEASE ME FROM THE CUFFS GIVING DEFENDANT DEPUTY ALLEN AS THE MOTIVATING REASON FOR THEIR REFUSAL. BY PROXY DEFENDANTS DEPUTY HULL, AL WOSARI, & COX ADOPTED DEFENDANT DEPUTY ALLENS REASONS & MOTIVATING FACTORS FOR PLACING & KEEPING ME IN TOO TIGHT HANDCUFFS & REFUSING TO LOOSEN &/OR RELEASE ME FROM THEM EXTENDING & EXPANDING, DEFENDANT DEPUTY ALLENS INITIAL TRANSACTION OF EXCESSIVE FORCE & RETALIATION INTO A CONSPIRACY THAT EVEN DEFENDANT DEPUTY ALLENS SUPERIORS WERE AWARE OF & COMPLICIT IN.

(6) IN PARAGRAPH (6) SIX PLAINTIFF ATTEMPTS TO CONVEY THAT DEFENDANTS SERGEANTS LOFTIS & HOLMAN HAD

AN AGENDA BEFORE ARRIVING TO MY CELL BECAUSE THEY WERE APART OF DEFENDANT DEPUTY ALLENS CONSPIRACY AS WELL. BOTH SERGEANT DEFENDANTS WERE WELL AWARE THAT I'D BEEN HANDCUFFED FOR HOURS & THAT MY RIGHTS WERE MORE LIKELY THAN NOT BEING VIOLATED & NEITHER OF THE SERGEANT DEFENDANTS INTERCEDED ON MY BEHALF OR REPRIMANDED DEFENDANT DEPUTY ALLEN. NEITHER SERGEANT DEFENDANT AT NO TIME TRIED TO DEESCALATE THE SITUATION OR HELP ME THEIR ONLY OBJECTIVE WAS TO PUNISH ME IN CORRELATI-ON WITH DEFENDANT DEPUTY ALLEN'S AGENDA.

⑦ IN PARAGRAPH (7) SEVEN PLAINTIFF ATTEMPTS TO CONVEY THAT DEFENDANT SERGEANT HOLMAN ASSAULTED ME AS A PART OF THIS CONSIRACY. ALSO I WAS ASSAULTED INSIDE MY CELL BECAUSE OF A WAYNE COUNTY JAIL POLICY. DEFENDANTS SERGEANT LOFTIS & DEPUTY HULL BOTH WATCHED DEFENDANT SERGEANT HOLMAN ASSAULT ME & DID NOTHING NOR DID THEY REPORT THE ASSAULT.

⑧ IN PARAGRAPH (9) NINE PLAINTIFF ATTEMPTS TO CONVEY THAT CHARGE NURSE LOHING WAS TOLD BY DEFENDANTS SERGE-ANTS HOLMAN & LOFTIS ~~[illegible]~~ NOT TO SEE ME FOR MY INJURIES.

⑨ IN PARAGRAPH (11) ELEVEN PLAINTIFF ATTEMPTS TO CONVEY THAT DEFENDANTS SERGEANT HOLMANS PROPENSITY TO COMMIT ASSAULTS AGAISNT INMATES WAS WELL KNOWN BY THE DEPUT-IES & THE ADMINISTRATION & NOTHING WAS DONE ABOUT IT. ALSO THIS PARAGRAPH CONFIRMS THAT DEFENDANT DEPUTY ALLEN HAD ILL INTENTIONS BECAUSE I NEVER WAS SUPPOSED TO BE IN UNIT 2B AT ALL.

I [redacted] Was ASSaulTed by SgT. HolMaN ON 4 Adam The ~~who~~ Hole I' PuT The PaPPer ON The Door TO use The bathrOOM I heard AlOT' ve FOOTSTEPS & SGT. HolMaN OPeNed My Door And Start riPiNg the PaPPer DaN I Pulled My PaNTS uP and walked uP TO Tell him I was usiNg The restroom he Then PuNched Me IN The Face I Fell back he eNtered My rOOM AND STarted TO Beat Me uP I Shielded My Face TO AVoid The hiTS I was scared Powerless TO DeFeND MySelF I Was violated Abuse & Neglected I Tried To write A greveance AND A Procecuter form They refuse To give me one I wanna File For A law Suit Against Wayne county For Allow my [illegible] to happen to me NOV 11/24 APProxiMaTely 11:00 11:30

I Declare under PeNalTy of PurJury That The Foregoing IS True & correcT executed ON Dec 12/12/24 x Adam A

EXHIBIT A

Case [redacted] .32 Filed 01/24/25 Page 32 of 37

I [redacted] got assaulted by Sergeant Holman on 2 different occassions he slapped me in my cell on Ward 2A Cell 1a and on October 29 Unit 4A around about 7 oclock he broke my nose

I Declare under penalty of perjury that the foregoing is true and correct

Executed on

X Dominic Hudson

12/22/24

EXHIBIT E

Javonte Childs
2023002895

ON NOV. 21 2024 Between The times of 11:00 & 12:00 ...

mr. mcKee asked me to ask sgt. Carlson if he could have his tablet to write a grievance. sgt. carlson told me inmate mckee couldnt have his tablet because he was on disiplenary status. I found this odd because Every inmate thats on disciplenary status is usually Aloud to have their tablets.

in my opinion I felt staff members were Just Retaliating Against mr. McKee for reporting a staff assault.

I Declare under penalty of Perjury That the foregoing is True & Correct

EXHIBIT B

X [signature]

EXECuted ON 12•18•2024

Javonte Childs

2023002895

Sgt holeman

2024

nov 21st in betw[redacted]10:[redacted]11:00 Approximately I was outside my cell I was walking and I seen mr. McKee on Lockdown When I Looked at his face he had a swollen black EYE with blood in it. I Asked Him What happened to his EYE. He told me sgt. holman Attacked him [redacted] on nov. 20. 2024 While he was allready handcuffed.

I felt at odd's I felt that it was wrong for me to have to Look at mr. McKee with a black EYE. I felt that I would Have to be cautous with Every Little move that I make with dep's Around cause I am Afraid of being Attacked for no reason.

I Declare under penalty of perjury that the foregoing is true & correct

x [signature]

EXECuted on 12.18.2024

**EXHIBIT C**

October 24th around 4 to 5:30 Pm I refused to go into the room Because it was shit N Piss in there so I kame out the dayroom and went on the desk to get a sergeant down and was tased 4 times and Beat By 15 to 20 deputies.
I declare under Penalty of Perjury that the foregoing is true & Correct

Damarius Smith

EXHIBIT F

Executed on 12-22-24 Damariussmith
Signature

FOOTNOTES

1) PAGE#[illegible] PARAGRAPH[illegible] SENTENCE#[illegible]: INSERT "HULL."

2) PAGE #4 PARAGRAPH #11 SENTENCE #3: INSERT "HULL."

3) PAGE #4 PARAGRAPH #13 SENTENCE #1: INSERT "HULL."

4) WAYNE COUNTY JAIL (ADF) INMATE RULES & REGULATIONS. UPDATED 1/20/2024

5) HENSLEY v. GASSMAN, 693 F.3d [illegible] (6TH [illegible]) (QUOTING HOOKS v. HOOKS, 771 F.2d 935, 943-44 (6TH CIR. 1985).

6) BAZZI v. CITY OF DEARBORN, 658 F.3d 598, 602 (6TH CIR. 2011)

7) TWOMBLY, 550 U.S. AT 565 (RECOGNIZING THAT ALLEGATIONS OF CONSPIRACY MUST BE SUPPORTED BY ALLEGATIONS OF FACT THAT SUPPORT A "PLAUSIBLE SUGGESTION OF A CONSPIRACY" NOT MERELY A "POSSIBLE" ONE); FIEGER v. COX, 524 F.3d 770, 776 (6TH CIR. 2008); SPADAFORE v. GARDNER, 330 F.3d 849, 854 (6TH CIR. 2003); GUTIERREZ v. LYNCH, 826 F.2d 1534, 1538 (6TH CIR. 1987)

8) PAGE 4 PARAGRAPH 13 SENTENCE 5: "SHUT THE FUCK UP! YOUR NOT RUNNING SHIT WERE DISCIPLINING YOU.

9) IQBAL, 556 U.S. AT 676

10) PEATROSS v. CITY OF MEMPHIS, 818 F.3d 233, 241 (6TH CIR. 2016)

11) SHEHEE v. LUTTRELL, 199 F.3d 295, 300 (6TH CIR. 1999)

12) PEATROSS, 818 F.3d AT 242

13) MONELL v. DEP'T OF SOC. SERVS. OF CITY OF NEW YORK, 436 U.S. 658, 690, 98 S.CT. 2018, 56 L.Ed.2d 611 (1978)

14) MONELL, 326 U.S. AT 691

15) ROELL v. HAMILTON CNTY., 870 F.3d 471, 487 (6TH CIR. 2017)

16) MONELL, 436 U.S. AT 692

17) THOMAS v. CITY OF CHATTANOOGA, 398 F.3d 426, 429 (6TH CIR. 2005); PEMBAUR v. CITY OF CINCINNATI, 475 U.S. 469, 480, 106 S.CT. 1292, 89 L.Ed.2d 452 (1986).

18) VEREECKE v. HURON VALLEY SCHOOL DIST., 609 F.3d 392, 404 (6TH CIR. 2010)

19) GRAHAM EX REL. EST OF GRAHAM v. CNTY OF WASHTENAW, 358 F.3d 377, 383 (6TH CIR. 2004) (QUOTING GARNER v. MEMPHIS POLICE DEP'T, 8 F.3d 358, 364 (6TH CIR. 1993)

20) GREGORY v. CITY OF LOUISVILLE, 444 F.3d 725, 752 (6TH CIR. 2006) (QUOTING BRYAN CNTY. BD. OF COMM'RS v. BROWN, 520 U.S. 397, 407 (1997)

21) DESHANEY v. WINNEBAGO COUNTY DEP'T OF SOC. SERVS., 489 U.S. 189, 200-01, 109 S.CT. 998, 103 L.Ed.2d 249 (1989)

22) SEXTON, 18 F.4TH AT 187 (QUOTING LIPMAN v. BUDISH, 974 F.3d 726, AT 742 (6TH CIR. 2020).

23) SEXTON, 18 F.4TH AT 187

24) A PLAINTIFF MUST CREATE A GENUINE DISPUTE OF MATERIAL FACT THAT (1) [THEY] COMPLAINED THE HANDCUFFS WERE TOO TIGHT; (2) THE OFFICER IGNORED THOSE COMPLAINTS; & 3 THE PLAINTIFF EXPERIENCED "SOME PHYSICAL INJURY" RESULTING FROM THE HANDCUFFING." HUGHEY, 8 F.4TH AT 289 (QUOTING MORRISON, 583 F.3D AT 401).

Charles M. Hebestreit
196481 (MDOC)
2024-010665 (WCJ)

EXHIBIT D (1 OF 2)

On 11-3-24 I was on the Fourth Floor in the Wayne County Jail unsure of the exact wing, I was in Disciplinary Segregation awaiting adjudication on a infraction of jail rules. Sgt. Hulman (aka Black Beard) passed on rounds for after-noons and I drew his attention. Capture-ing his ~~att~~ attention, I asked for paper, pencils, grievance forms, medical kites, and where the jail rules were posted on prohibited behavior. I also asked him where a copy of my alleged infraction was to the removal of me from general population to disciplinary segregation. Informing him that such situation triggered the Wolff protections. He said he would get it together.

Several hours later after frequenting the unit several times in the inner lude, he was there, ignoring me, and I yelled "you a bitch": He was exiting the unit my cell was rate by the unit entry door. He heard me along with 4 other officers. They approached my cell. opened my door. Entered it. Saying in a irate scream (to Sgt Hulman)

# EXHIBIT D (2 OF 2)

get on your bunk. At that point he said "you just a punk ass white boy from Taylor". He was spiting and pointing his finger at me. I asked him to get his finger out of my face. He was in my cell. He said "I can put my finger in your face any time I want" He then spit and touched me. I objected that you can not enter a cell without some provocation or necessity and without a camera. He said he could do what ever he wants. He then said get against the wall and forced me into the back of the cell where I was pinned. He then scattered and through my legal documents all about and was pushing me frisking me, violently cupping my scrotum and injuried my hydroceals. After about five minutes they retreated. I voiced a complaint to Mrs Record MH and staff seeking to make out an assault complaint. I reported it to [illegible] 11-18-24. I reported it to Sgt Shehan 11-6-24 and again 11-19-24. I declare under penalty of perjury that the Two page foregoing is true and correct executed on 12-12-24 Charles [illegible]

MARTEZ DWIGHT MCKEE #823633
SRF
9625 PIERCE RD
FREELAND, MI 48623-8102

CLERKS OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
THEODORE LEVIN UNITED STATES COURTHOUSE
231 W. LAFAYETTE BLVD.
DETROIT, MI 48226-2797

RECEIVED
MAR 24 2026
CLERK'S OFFICE
DETROIT