UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTEZ DWIGHT MCKEE,

Plaintiff,

v.

WAYNE COUNTY, *et al.*,

Defendants.

Case No. 25-10228
Honorable Robert J. White
Magistrate Judge Elizabeth A. Stafford

---

**ORDER VACATING SHOW CAUSE ORDER
AND DENYING AS MOOT PLAINITFF'S
MOTION TO AMEND
(ECF NOS. 28 & 31)**

---

Plaintiff Martez Dwight McKee, proceeding pro se and in forma pauperis, sues under 42 U.S.C. § 1983.  ECF No. 10.  This case was referred to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 15; ECF No. 20.

Because the complaint McKee filed did not comply with the applicable rules and was not legible, the Honorable Nancy G. Edmunds ordered him to file a legible copy of his complaint and McKee did so.  ECF No. 3; ECF No. 10.  Most defendants have not yet been served, and no defendant has filed an answer or a motion under Federal Rule of Civil Procedure 12.

1

In his original complaint, McKee sued Wayne County along with more than 45 named and unidentified "John Doe" defendants and asserted 38 separate counts.  ECF No. 10.  Thus, this Court ordered McKee to show cause why this Court should not recommend that his first claim be allowed to proceed and that other claims be dismissed without prejudice under Federal Rule of Civil Procedure 21.  ECF No. 28.  In response, McKee moved for leave to file an amended complaint that would reduce the number of defendants to Wayne County and nine individuals.  ECF No. 31. His motion attaches his proposed amended complaint.  *Id*., PageID.186-245.

The Court **DENIES AS MOOT** McKee's motion to amend as no such motion is needed for him to amend his complaint.  Because no responsive pleading has been filed, McKee has a right to amend his complaint under Federal Rule of Civil Procedure 15(a)(1)(B).  Thus, the Court construes the amended complaint filed by McKee at ECF No. 31, PageID.186-245 as the operative complaint in this case.

And given that McKee's original complaint has been replaced by his amended complaint, the Court **VACATES** its show cause order that was directed at McKee's original complaint.

2

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: April 16, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 16, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager

3