Change of address (2)
Martez Dwight mckee

Martez Dwight McKee
(Plaintiff)
V

Wayne County (Defendant)

Honorable Micheal F. Leitman

Magistrate Judge Patrica T. morris

25-10228

FILED
AUG 18 2026
CLERK'S OFFICE
DETROIT

Plaintiff seeks to appointed consel because as of June 13th 2026 plainiff have been totally blind! Plaintiff have No legal assistance & Needs help Conducting Discovey in this Matter. plaintiff Also, has not Recieved any orders or letters from this court in months so plaintiff ask that this court Resends anything that has Been sent to plaintiff within A couple month time Frame.

Martez Dwight McKee
# 823633
34625 26 mile Rd
Lenox twp,
MI 4804[illegible]

X [signature]

Prisoner Name: Marbee Dwight McKee
Prisoner Number: 823633
MACOMB CORRECTIONAL FACILITY
34625 26 Mile Rd.
Lenox Twp., MI 48048

METROPLEX MI 480
13 AUG 2026 PM 2 L

FIRST-CLASS

US POSTAGE
ZIP 48048 $ 000.78⁰
02 7W
0008038250 AUG 12 2026

RECEIVED
AUG 18 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

Eastern District of michigan
Clerk Court office
231 west Lafayette Blvd Room 564
Detroit MI, 48226

48226-270099