UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARTEZ DWIGHT MCKEE,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE COUNTY, *et al.*,<br><br>Defendants. | Case No. 25-10228<br>Honorable Robert J. White<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER ADDRESSING PLAINTIFF'S MOTION FOR CLARIFICATION AND EXTENDING STAY (ECF NO. 44)**

The Honorable Robert J. White referred this case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 20. On August 21, 2026, the Court granted Plaintiff Martez Dwight McKee's oral motion to appoint counsel and stayed the case for 45 days to recruit pro bono counsel. ECF No. 41. Following the expiration of the 45-day stay, McKee filed a motion for clarification, asking whether pro bono counsel has been secured. ECF No. 44.

Pro bono counsel has not yet been secured. But the Court is still actively seeking counsel for McKee. Thus, the stay is **EXTENDED** for **30 days** to allow the Court to exhaust all avenues it has to secure counsel for McKee. If pro bono counsel is not obtained within **30 days**, the stay will be

lifted, and McKee must proceed pro se.

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: October 15, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. L.R. 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 15, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager